EDWARD N. DICKERSON et al., Respondents, v. SIMON SCHEUER et al., Appellants.

(Argued April 21, 1890; decided May 6, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made

June 25, 1888, which affirmed a judgment in favor of plaintiffs entered upon a verdict and affirmed an order denying a motion for a new trial.

*Lyman Rindskopf* for appellants.

*Henry C. Andrews* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.